# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEST SHORE HOME, LLC f/k/a WEST SHORE WINDOW & DOOR, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> MICHAEL BRETT GRAESER, and P.J. FITZPATRICK, LLC, <br><br> *Defendants*. | Civil Action No. 1:22-cv-00499-CCC |

**<u>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, West Shore Home, LLC f/k/a West Shore Window & Door, Inc., and Defendants, Michael Brett Graeser and P.J. Fitzpatrick, LLC, by and through their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims and defenses in this action with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| */s/ Thomas G. Collins* | */s/Joseph C. Monahan* |
| Thomas Collins, Esq. | Joseph Monahan, Esq. |
| Daniel S. Rothschild, Esq. | Alexander Nemiroff, Esq. |
| BUCHANAN INGERSOLL & ROONEY, P.C. | GORDON REES SCULLY & MANSUKHANI, LLP |
| 409 North Second Street, Suite 500 | Three Logan Square |
| Harrisburg, PA 17101 | 1717 Arch Street, Suite 601 |
| Tel: (717) 237-4800 | Philadelphia, PA 19103 |
| thomas.collins@bipc.com | Tel: (215) 561-2300 |
| daniel.rothschild@bipc.com | anemiroff@grsm.com |
| | jmonahan@grsm.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Dated:   February 18, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the forgoing document was transmitted to the Court electronically for filing upon the following attorneys of record:

Alexander Nemiroff, Esquire
Joseph C. Monahan, Esquire
Gordon Rees Scully & Mansukhani, LLP
Three Logan Square
1717 Arch Street, Suite 601
Philadelphia, PA 19103
*Counsel for Defendants*

By: */s/ Thomas G. Collins*
Thomas G. Collins (I.D. #75896)

Dated: February 18, 2025